IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**BRODERICK GERARD CAGE,**

    **Plaintiff,**

v.                Case 2:14-cv-02290-JDT-cgc

**SHELBY COUNTY,**

    **Defendant.**

### ORDER TO ISSUE AND EFFECT SERVICE OF PROCESS

  Before the Court is Plaintiff Broderick Gerard Case's pro se Complaint (Docket Entry "D.E." #1) against "Shelby County Divisions of Corrections" ("SCDC"). The Clerk shall record the Defendant as Shelby County.[1] Plaintiff's pro se Complaint must be screened pursuant to 28 U.S.C. § 1915 ("Section 1915") as Plaintiff is proceeding in forma pauperis. (D.E. #4). The Section 1915 screening has been referred to the United States Magistrate Judge for Report and Recommendation.[2]

  After conducting the Section 1915 Screening, it is ORDERED that the Clerk shall issue process for Defendant to the address for Defendant as listed in the Complaint and deliver that process to the marshal for service. Process shall include a copy of Plaintiff's Complaint. Service

---

  [1] The Court construes the allegations against SCDC as an attempt to assert a claim against Shelby County.

  [2] The instant case has been referred to the United States Magistrate Judge by Administrative Order pursuant to the Federal Magistrates Act, 28 U.S.C. §§ 631-639. All pretrial matters within the Magistrate Judge's jurisdiction are referred pursuant to 28 U.S.C. § 636(b)(1)(A) for determination, and all other pretrial matters are referred pursuant to 28 U.S.C. § 636(b)(1)(B)-(C) for report and recommendation.

1

shall be made on Defendant pursuant to  of the Federal Rules of Civil Procedure. All costs of service shall be advanced by the United States.

It is further ORDERED that Plaintiff shall make a certificate of service on every document filed. Plaintiff shall familiarize himself with the Federal Rules of Civil Procedure and the local rules of this Court.

Plaintiff shall promptly notify the Clerk of any change of address or whereabouts. Failure to comply with these requirements, or any other order of the Court, may result in this case being dismissed without further notice.

**IT IS SO ORDERED** this 24th day of June, 2013.

s/ Charmiane G. Claxton
CHARMIANE G. CLAXTON
UNITED STATES MAGISTRATE JUDGE